## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE**     Andrew L. Carter Jr.          DATE : 11/3/10

DOCKET NUMBER:     **10CR767(JBW)**          LOG # :  2:59 - 3:04

DEFENDANT'S NAME :     **Armando Rea**
     ✓ Present     ___ Not Present     ✓ Custody     ___ Bail

DEFENSE COUNSEL :     **John Meringolo**
     ___ Federal Defender     ___ CJA     ✓ Retained

A.U.S.A:  **Elizabeth Geddes**          DEPUTY CLERK :     **SM Yuen**

INTERPRETER : _____ (Language) _____

_____ Hearing held. Det.     _____ Hearing set to 11/8/10 11am

___ Defendant was released on _____ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.     Code Type ___     Start _____     Stop _____

✓ Order of Speedy Trial entered.     Code Type ___     Start 11/3/10     Stop 11/10/10.

✓ Defendant's first appearance.     ✓ Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

✓ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

___ Status conference set for _____ @ _____ before Judge _____

OTHERS :  Temporary order of detention entered.