## CRIMINAL CAUSE FOR PRETRIAL/MOTION CONFERENCE

BEFORE JUDGE _WEINSTEIN_ DATE: _11/10/10_ TIME _10 am_

DOCKET NUMBER: _CR 10-767_ TITLE _U.S.A. -v- Rea_

DEFT. NAME: _Armando Rea_ DEFT.#_____
   _✓_Present ___Not Present ___In custody ___On Bail

   ATTY. FOR DEFT: _John Meringolo_
   _✓_Present ___Not Present

DEFT. NAME: _____ DEFT.#_____
   ___Present ___Not Present ___In custody ___On Bail

   ATTY. FOR DEFT: _____
   ___Present ___Not Present

DEFT. NAME _____ DEFT.#_____
   ___Present ___Not Present ___In custody ___On Bail

   ATTY. FOR DEFT: _____
   ___Present ___Not Present

DEFT. NAME _____ DEFT.#_____
   ___Present ___Not Present ___In custody ___On Bail

   ATTY. FOR DEFT: _____
   ___Present ___Not Present

DEFT. NAME _____ DEFT.#_____
   ___Present ___Not Present ___In custody ___On Bail

   ATTY. FOR DEFT: _____
   ___Present ___Not Present

ASST. U.S. ATTORNEY _James Gatta_ DEPUTY CLERK: JUNE LOWE

COURT REPORTER _A. Arisolowe_ ESR REPORTER _____

INTERPRETER _____ OTHER _____

   Docket Clerks: Enter all information under CALCALLAH,
   then enter other vital events names
   as needed.

_✓_ Case called.

_✓_ PTC Held. ___PTC ADJOURNED TO_____ at_____

_____ Pretrial Order signed.

```
_____ MOTION CONFERENCE held on _____

           motion ~~to~~/for _____

           Arguments heard

                   _____ Motion granted.              (MOTGR____)

                   _____ Motion denied.               (MOTDN____)

                   _____ Decision RESERVED.

                   _____ Decision ENTERED ON THE RECORD.

                   _____ Hearing adjourned to _____


    ✓      SPEEDY TRIAL INFORMATION for defts _____
           Code Type: X-_____    Start Date: 11/10/10
                                      Stop Date: decision on motion

    _____ JURY SELECTION BEFORE MAGISTRATE JUDGE _____

    _____ JURY SELECTION BEFORE THIS COURT _____

    ✓      TRIAL DATE  1/31/10

    OTHER: Motion will be heard 1/5/11 at 10 am
```