

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EAG                                        *271 Cadman Plaza East*
                                           *Brooklyn, New York  11201*


                                      November 19, 2010

<u>By ECF</u>

John C. Meringolo, Esq.
Meringolo and Associates, P.C.
1790 Broadway Suite 1501
New York, NY 10019


          Re:  United States v. Armando Rea
               <u>Criminal Docket No. 10-767 (JBW)</u>

Dear Mr. Meringolo:

          Pursuant to Rule 16 of the Federal Rules of Criminal
Procedure, the government hereby furnishes the following
additional discovery in the above-captioned case.  The government
also renews its request for reciprocal discovery.

     1.   <u>Statements of the Defendant</u>

          On the date of his arrest, the defendant Armando Rea
made various statements.  Enclosed is a redacted copy of a
report, the non-redacted portions of which detail certain
statements made by the defendant following his arrest.

     2.   <u>The Defendant's Criminal History</u>

          A copy of a report detailing the defendant's criminal
history is also enclosed.

     3.   <u>Documents and Objects</u>

          With the exception of Exhibits 4 to 419, the following
consensually recorded conversations are available at DupeCoop.
You may obtain these materials by contacting John Palermo at
(973) 895-1359.  The consensual recordings made by Michael Durso,
disclosed as Exhibits 4 to 419, may be obtained by contacting
Cathy Carroll at Carroll Audio Services, telephone number (516)
742-2073.

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 1 | Autopsy of Jerry Pappa |
| 2 | Crime scene photographs taken in connection with the murder of Jerry Pappa |
| 3 | Consensual recordings of meetings between Joseph Massino and Vincent Basciano on 01/03/05 and 01/07/05 |
| 4 | Consensual recording made by Michael Durso on 6/18/98 |
| 5 | Consensual recording made by Michael Durso on 6/24/98 |
| 6 | Consensual recording made by Michael Durso on 6/29/98 |
| 7 | Consensual recording made by Michael Durso on 7/9/98 |
| 8 | Consensual recording made by Michael Durso on 7/16/98 |
| 9 | Consensual recording made by Michael Durso on 7/23/98 |
| 10 | Consensual recording made by Michael Durso on 7/27/98 |
| 11 | Consensual recording made by Michael Durso on 7/27/98 |
| 12 | Consensual recording made by Michael Durso on 7/27/98 |
| 13 | Consensual recording made by Michael Durso on 7/29/98 |
| 14 | Consensual recording made by Michael Durso on 7/31/98 |
| 15 | Consensual recording made by Michael Durso on 8/5/98 |
| 16 | Consensual recording made by Michael Durso on 8/5/98 |
| 17 | Consensual recording made by Michael Durso on 8/5/98 |
| 18 | Consensual recording made by Michael Durso on 8/14/98 |

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 19 | Consensual recording made by Michael Durso on 8/19/98 |
| 20 | Consensual recording made by Michael Durso on 8/14/98 |
| 21 | Consensual recording made by Michael Durso on 8/27/98 |
| 22 | Consensual recording made by Michael Durso on 9/1/98 |
| 23 | Consensual recording made by Michael Durso on 9/1/98 |
| 24 | Consensual recording made by Michael Durso on 9/3/98 |
| 25 | Consensual recording made by Michael Durso on 9/4/98 |
| 26 | Consensual recording made by Michael Durso on 9/8/98 |
| 27 | Consensual recording made by Michael Durso on 9/9/98 |
| 28 | Consensual recording made by Michael Durso on 9/13/98 (or 9/15/98) |
| 29 | Consensual recording made by Michael Durso on 9/16/98 |
| 30 | Consensual recording made by Michael Durso on 9/22/98 |
| 31 | Consensual recording made by Michael Durso on 9/25/98 |
| 32 | Consensual recording made by Michael Durso on 9/30/98 |
| 33 | Consensual recording made by Michael Durso on 10/7/98 |
| 34 | Consensual recording made by Michael Durso on 10/13/98 |
| 35 | Consensual recording made by Michael Durso on 10/15/98 |

| 36 | Consensual recording made by Michael Durso on 10/16/98 |
|----|--------------------------------------------------------|
| 37 | Consensual recording made by Michael Durso on 10/27/98 |
| 38 | Consensual recording made by Michael Durso on 11/4/98 |
| 39 | Consensual recording made by Michael Durso on 11/10/98 |
| 40 | Consensual recording made by Michael Durso on 11/10/98 |
| 41 | Consensual recording made by Michael Durso on 11/16/98 |
| 42 | Consensual recording made by Michael Durso on 11/19/98 |
| 43 | Consensual recording made by Michael Durso on 11/20/98 |
| 44 | Consensual recording made by Michael Durso on 11/24/98 |
| 45 | Consensual recording made by Michael Durso on 11/24/98 |
| 46 | Consensual recording made by Michael Durso on 12/2/98 |
| 47 | Consensual recording made by Michael Durso on 12/4/98 |
| 48 | Consensual recording made by Michael Durso on 12/7/98 |
| 49 | Consensual recording made by Michael Durso on 12/8/98 |
| 50 | Consensual recording made by Michael Durso on 12/10/98 |
| 51 | Consensual recording made by Michael Durso on 12/15/98 |
| 52 | Consensual recording made by Michael Durso on 12/16/98 |
| 53 | Consensual recording made by Michael Durso on |

|   | 12/22/98 |
|---|---|
| 54 | Consensual recording made by Michael Durso on 12/24/98 |
| 55 | Consensual recording made by Michael Durso on 12/31/98 |
| 56 | Consensual recording made by Michael Durso on 1/5/99 |
| 57 | Consensual recording made by Michael Durso on 1/13/99 |
| 58 | Consensual recording made by Michael Durso on 1/21/99 |
| 59 | Consensual recording made by Michael Durso on 2/3/99 |
| 60 | Consensual recording made by Michael Durso on 2/4/99 |
| 61 | Consensual recording made by Michael Durso on 2/12/99 |
| 62 | Consensual recording made by Michael Durso on 2/12/99 |
| 63 | Consensual recording made by Michael Durso on 2/22/99 |
| 64 | Consensual recording made by Michael Durso on 2/23/99 |
| 65 | Consensual recording made by Michael Durso on 2/25/99 |
| 66 | Consensual recording made by Michael Durso on 2/26/99 |
| 67 | Consensual recording made by Michael Durso on 3/1/99 |
| 68 | Consensual recording made by Michael Durso on 3/24/99 |
| 69 | Consensual recording made by Michael Durso on 3/25/99 |
| 70 | Consensual recording made by Michael Durso on 3/25/99 |

| 71 | Consensual recording made by Michael Durso on 4/20/99 |
| 72 | Consensual recording made by Michael Durso on 4/22/99 |
| 73 | Consensual recording made by Michael Durso on 4/23/99 |
| 74 | Consensual recording made by Michael Durso on 5/5/99 |
| 75 | Consensual recording made by Michael Durso on 5/6/99 |
| 76 | Consensual recording made by Michael Durso on 5/7/99 |
| 77 | Consensual recording made by Michael Durso on 5/10/99 |
| 78 | Consensual recording made by Michael Durso on 5/11/99 |
| 79 | Consensual recording made by Michael Durso on 5/14/99 |
| 80 | Consensual recording made by Michael Durso on 6/4/99 |
| 81 | Consensual recording made by Michael Durso on 6/10/99 |
| 82 | Consensual recording made by Michael Durso on 6/14/99 |
| 83 | Consensual recording made by Michael Durso on 6/16/99 |
| 84 | Consensual recording made by Michael Durso on 6/17/99 |
| 85 | Consensual recording made by Michael Durso on 7/1/99 |
| 86 | Consensual recording made by Michael Durso on 7/20/99 |
| 87 | Consensual recording made by Michael Durso on 7/21/99 |

| 88 | Consensual recording made by Michael Durso on 7/22/99 |
|---|---|
| 89 | Consensual recording made by Michael Durso on 7/23/99 |
| 90 | Consensual recording made by Michael Durso on 8/9/99 |
| 91 | Consensual recording made by Michael Durso on 8/10/99 |
| 92 | Consensual recording made by Michael Durso on 8/30/99 |
| 93 | Consensual recording made by Michael Durso on 8/31/99 |
| 94 | Consensual recording made by Michael Durso on 9/7/99 |
| 95 | Consensual recording made by Michael Durso on 9/9/99 |
| 96 | Consensual recording made by Michael Durso on 10/2/99 |
| 97 | Consensual recording made by Michael Durso on 10/4/99 |
| 98 | Consensual recording made by Michael Durso on 10/5/99 |
| 99 | Consensual recording made by Michael Durso on 10/28/99 |
| 100 | Consensual recording made by Michael Durso on 10/29/99 |
| 101 | Consensual recording made by Michael Durso on 10/30/99 |
| 102 | Consensual recording made by Michael Durso on 12/3/99 |
| 103 | Consensual recording made by Michael Durso on 12/6/99 |
| 104 | Consensual recording made by Michael Durso on 12/7/99 |
| 105 | Consensual recording made by Michael Durso on |

| | |
|---|---|
| | 12/16/99 |
| 106 | Consensual recording made by Michael Durso on 12/17/99 |
| 107 | Consensual recording made by Michael Durso on 1/5/00 |
| 108 | Consensual recording made by Michael Durso on 1/6/00 |
| 109 | Consensual recording made by Michael Durso on 1/21/00 |
| 110 | Consensual recording made by Michael Durso on 1/22/00 |
| 111 | Consensual recording made by Michael Durso on 1/23/00 |
| 112 | Consensual recording made by Michael Durso on 1/25/00 |
| 113 | Consensual recording made by Michael Durso on 3/2/00 |
| 114 | Consensual recording made by Michael Durso on 3/3/00 |
| 115 | Consensual recording made by Michael Durso on 3/20/00 |
| 116 | Consensual recording made by Michael Durso on 3/22/00 |
| 117 | Consensual recording made by Michael Durso on 3/23/00 |
| 118 | Consensual recording made by Michael Durso on 3/24/00 |
| 119 | Consensual recording made by Michael Durso on 3/31/00 |
| 120 | Consensual recording made by Michael Durso on 4/3/00 |
| 121 | Consensual recording made by Michael Durso on 4/4/00 |
| 122 | Consensual recording made by Michael Durso on 4/5/00 |

| 123 | Consensual recording made by Michael Durso on 4/6/00 |
|-----|------------------------------------------------------|
| 124 | Consensual recording made by Michael Durso on 4/19/00 |
| 125 | Consensual recording made by Michael Durso on 4/24/00 |
| 126 | Consensual recording made by Michael Durso on 5/8/00 |
| 127 | Consensual recording made by Michael Durso on 5/9/00 |
| 128 | Consensual recording made by Michael Durso on 5/10/00 |
| 129 | Consensual recording made by Michael Durso on 5/11/00 |
| 130 | Consensual recording made by Michael Durso on 5/12/00 |
| 131 | Consensual recording made by Michael Durso on 6/5/00 |
| 132 | Consensual recording made by Michael Durso on 6/6/00 |
| 133 | Consensual recording made by Michael Durso on 6/6/00 |
| 134 | Consensual recording made by Michael Durso on 6/8/00 |
| 135 | Consensual recording made by Michael Durso on 6/9/00 |
| 136 | Consensual recording made by Michael Durso on 6/14/00 |
| 137 | Consensual recording made by Michael Durso on 6/14/00 |
| 138 | Consensual recording made by Michael Durso on 6/14/00 |
| 139 | Consensual recording made by Michael Durso on 6/15/00 |
| 140 | Consensual recording made by Michael Durso on |

| | |
|---|---|
| | 6/22/00 |
| 141 | Consensual recording made by Michael Durso on 6/26/00 |
| 142 | Consensual recording made by Michael Durso on 6/27/00 |
| 143 | Consensual recording made by Michael Durso on 6/27/00 |
| 144 | Consensual recording made by Michael Durso on 7/21/00 |
| 145 | Consensual recording made by Michael Durso on 7/25/00 |
| 146 | Consensual recording made by Michael Durso on 8/3/00 |
| 147 | Consensual recording made by Michael Durso on 8/7/00 |
| 148 | Consensual recording made by Michael Durso on 8/8/00 |
| 149 | Consensual recording made by Michael Durso on 8/10/00 |
| 150 | Consensual recording made by Michael Durso on 8/10/00 |
| 151 | Consensual recording made by Michael Durso on 8/11/00 |
| 152 | Consensual recording made by Michael Durso on 8/17/00 |
| 153 | Consensual recording made by Michael Durso on 8/17/00 |
| 154 | Consensual recording made by Michael Durso on 8/24/00 |
| 155 | Consensual recording made by Michael Durso on 9/19/00 |
| 156 | Consensual recording made by Michael Durso on 9/21/00 |
| 157 | Consensual recording made by Michael Durso on 10/16/00 |

| 158 | Consensual recording made by Michael Durso on 10/17/00 |
|-----|--------------------------------------------------------|
| 159 | Consensual recording made by Michael Durso on 10/18/00 |
| 160 | Consensual recording made by Michael Durso on 10/18/00 |
| 161 | Consensual recording made by Michael Durso on 10/19/00 |
| 162 | Consensual recording made by Michael Durso on 10/23/00 |
| 163 | Consensual recording made by Michael Durso on 10/23/00 |
| 164 | Consensual recording made by Michael Durso on 10/24/00 |
| 165 | Consensual recording made by Michael Durso on 11/8/00 |
| 166 | Consensual recording made by Michael Durso on 11/13/00 |
| 167 | Consensual recording made by Michael Durso on 11/14/00 |
| 168 | Consensual recording made by Michael Durso on 11/15/00 |
| 169 | Consensual recording made by Michael Durso on 11/16/00 |
| 170 | Consensual recording made by Michael Durso on 11/17/00 |
| 171 | Consensual recording made by Michael Durso on 12/18/00 |
| 172 | Consensual recording made by Michael Durso on 12/18/00 |
| 173 | Consensual recording made by Michael Durso on 12/20/00 |
| 174 | Consensual recording made by Michael Durso on 12/21/00 |
| 175 | Consensual recording made by Michael Durso on |

| | |
|---|---|
| | 12/22/00 |
| 176 | Consensual recording made by Michael Durso on 12/27/00 |
| 177 | Consensual recording made by Michael Durso on 12/29/00 |
| 178 | Consensual recording made by Michael Durso on 1/2/01 |
| 179 | Consensual recording made by Michael Durso on 1/3/01 |
| 180 | Consensual recording made by Michael Durso on 1/5/01 |
| 181 | Consensual recording made by Michael Durso on 2/5/01 |
| 182 | Consensual recording made by Michael Durso on 2/6/01 |
| 183 | Consensual recording made by Michael Durso on 2/6/01 |
| 184 | Consensual recording made by Michael Durso on 2/7/01 |
| 185 | Consensual recording made by Michael Durso on 2/8/01 |
| 186 | Consensual recording made by Michael Durso on 2/20/01 |
| 187 | Consensual recording made by Michael Durso on 2/21/01 |
| 188 | Consensual recording made by Michael Durso on 2/28/01 |
| 189 | Consensual recording made by Michael Durso on 3/1/01 |
| 190 | Consensual recording made by Michael Durso on 3/5/01 |
| 191 | Consensual recording made by Michael Durso on 3/8/01 |
| 192 | Consensual recording made by Michael Durso on 3/11-12/01 |

| 193 | Consensual recording made by Michael Durso on 3/12/01 |
| 194 | Consensual recording made by Michael Durso on 3/14/01 |
| 195 | Consensual recording made by Michael Durso on 3/27/01 |
| 196 | Consensual recording made by Michael Durso on 3/29/01 |
| 197 | Consensual recording made by Michael Durso on 3/30/01 |
| 198 | Consensual recording made by Michael Durso on 4/12/01 |
| 199 | Consensual recording made by Michael Durso on 4/19/01 |
| 200 | Consensual telephone call by Michael Durso on 6/18/98 |
| 201 | Consensual telephone call by Michael Durso on 6/18/98 |
| 202 | Consensual telephone call by Michael Durso on 6/24/98 |
| 203 | Consensual telephone call by Michael Durso on 6/24/98 |
| 204 | Consensual telephone call by Michael Durso on 7/2/98 |
| 205 | Consensual telephone call by Michael Durso on 7/6/98 |
| 206 | Consensual telephone call by Michael Durso on 7/7/98 |
| 207 | Consensual telephone call by Michael Durso on 7/16/98 |
| 208 | Consensual telephone call by Michael Durso on 7/16/98 |
| 209 | Consensual telephone call by Michael Durso on 7/23/98 |
| 210 | Consensual telephone call by Michael Durso on |

| | |
|---|---|
| | 7/23/98 |
| 211 | Consensual telephone call by Michael Durso on 7/27/98 |
| 212 | Consensual telephone call by Michael Durso on 7/31/98 |
| 213 | Consensual telephone call by Michael Durso on 8/2/98 |
| 214 | Consensual telephone call by Michael Durso on 8/3/98 |
| 215 | Consensual telephone call by Michael Durso on 8/5/98 |
| 216 | Consensual telephone call by Michael Durso on 8/18/98 |
| 217 | Consensual telephone call by Michael Durso on 8/27/98 |
| 218 | Consensual telephone call by Michael Durso on 9/1/98 |
| 219 | Consensual telephone call by Michael Durso on 9/1/98 |
| 220 | Consensual telephone call by Michael Durso on 9/11/98 |
| 221 | Consensual telephone call by Michael Durso on 9/25/98 |
| 222 | Consensual telephone call by Michael Durso on 2/12/99 |
| 223 | Consensual telephone call by Michael Durso on 2/22/99 |
| 224 | Consensual telephone call by Michael Durso on 2/22/99 |
| 225 | Consensual telephone call by Michael Durso on 3/22/99 |
| 226 | Consensual telephone call by Michael Durso on 3/25/99 |
| 227 | Consensual telephone call by Michael Durso on 3/31/99 |

| 228 | Consensual telephone call by Michael Durso on 4/6/99 |
|-----|------------------------------------------------------|
| 229 | Consensual telephone call by Michael Durso on 4/8/99 |
| 230 | Consensual telephone call by Michael Durso on 4/9/99 |
| 231 | Consensual telephone call by Michael Durso on 4/12/99 |
| 232 | Consensual telephone call by Michael Durso on 4/14/99 |
| 233 | Consensual telephone call by Michael Durso on 4/16/99 |
| 234 | Consensual telephone call by Michael Durso on 4/16/99 |
| 235 | Consensual telephone call by Michael Durso on 4/19/99 |
| 236 | Consensual telephone call by Michael Durso on 4/27/99 |
| 237 | Consensual telephone call by Michael Durso on 4/29/99 |
| 238 | Consensual telephone call by Michael Durso on 4/30/99 |
| 239 | Consensual telephone call by Michael Durso on 5/3/99 |
| 240 | Consensual telephone call by Michael Durso on 5/4/99 |
| 241 | Consensual telephone call by Michael Durso on 5/17/99 |
| 242 | Consensual telephone call by Michael Durso on 5/20/99 |
| 243 | Consensual telephone call by Michael Durso on 5/20/99 |
| 244 | Consensual telephone call by Michael Durso on 5/24/99 |
| 245 | Consensual telephone call by Michael Durso on |

| | |
|---|---|
| | 6/1/99 |
| 246 | Consensual telephone call by Michael Durso on 6/3/99 |
| 247 | Consensual telephone call by Michael Durso on 6/8/99 |
| 248 | Consensual telephone call by Michael Durso on 6/17/99 |
| 249 | Consensual telephone call by Michael Durso on 6/18/99 |
| 250 | Consensual telephone call by Michael Durso on 6/23/99 |
| 251 | Consensual telephone call by Michael Durso on 6/21/99 |
| 252 | Consensual telephone call by Michael Durso on 6/28/99 |
| 253 | Consensual telephone call by Michael Durso on 6/28/99 |
| 254 | Consensual telephone call by Michael Durso on 6/28/99 |
| 255 | Consensual telephone call by Michael Durso on 6/29/99 |
| 256 | Consensual telephone call by Michael Durso on 7/9/99 |
| 257 | Consensual telephone call by Michael Durso on 7/13/99 |
| 258 | Consensual telephone call by Michael Durso on 7/28/99 |
| 259 | Consensual telephone call by Michael Durso on 7/30/99 |
| 260 | Consensual telephone call by Michael Durso on 8/3/99 |
| 261 | Consensual telephone call by Michael Durso on 8/3/99 |
| 262 | Consensual telephone call by Michael Durso on 8/5/99 |

| 263 | Consensual telephone call by Michael Durso on 8/5/99 |
| 264 | Consensual telephone call by Michael Durso on 8/6/99 |
| 265 | Consensual telephone call by Michael Durso on 8/18/99 |
| 266 | Consensual telephone call by Michael Durso on 8/19/99 |
| 267 | Consensual telephone call by Michael Durso on 8/26/99 |
| 268 | Consensual telephone call by Michael Durso on 8/26/99 |
| 269 | Consensual telephone call by Michael Durso on 8/27/99 |
| 270 | Consensual telephone call by Michael Durso on 9/13/99 |
| 271 | Consensual telephone call by Michael Durso on 9/17/99 |
| 272 | Consensual telephone call by Michael Durso on 9/21/99 |
| 273 | Consensual telephone call by Michael Durso on 9/21/99 |
| 274 | Consensual telephone call by Michael Durso on 9/22/99 |
| 275 | Consensual telephone call by Michael Durso on 9/28/99 |
| 276 | Consensual telephone call by Michael Durso on 9/29/99 |
| 277 | Consensual telephone call by Michael Durso on 10/1/99 |
| 278 | Consensual telephone call by Michael Durso on 10/12/99 |
| 279 | Consensual telephone call by Michael Durso on 10/13/99 |
| 280 | Consensual telephone call by Michael Durso on |

| | |
|---|---|
| | 10/20/99 |
| 281 | Consensual telephone call by Michael Durso on 10/25/99 |
| 282 | Consensual telephone call by Michael Durso on 10/27/99 |
| 283 | Consensual telephone call by Michael Durso on 11/1/99 |
| 284 | Consensual telephone call by Michael Durso on 11/8/99 |
| 285 | Consensual telephone call by Michael Durso on 11/9/99 |
| 286 | Consensual telephone call by Michael Durso on 11/15/99 |
| 287 | Consensual telephone call by Michael Durso on 11/16/99 |
| 288 | Consensual telephone call by Michael Durso on 11/19/99 |
| 289 | Consensual telephone call by Michael Durso on 11/23/99 |
| 290 | Consensual telephone call by Michael Durso on 11/29/99 |
| 291 | Consensual telephone call by Michael Durso on 12/1/99 |
| 292 | Consensual telephone call by Michael Durso on 12/18/99 |
| 293 | Consensual telephone call by Michael Durso on 12/20/99 |
| 294 | Consensual telephone call by Michael Durso on 12/21/99 |
| 295 | Consensual telephone call by Michael Durso on 12/21/99 |
| 296 | Consensual telephone call by Michael Durso on 12/22/99 |
| 297 | Consensual telephone call by Michael Durso on 12/23/99 |

| 298 | Consensual telephone call by Michael Durso on 12/28/99 |
|-----|--------------------------------------------------------|
| 299 | Consensual telephone call by Michael Durso on 12/29/99 |
| 300 | Consensual telephone call by Michael Durso on 12/29/99 |
| 301 | Consensual telephone call by Michael Durso on 1/3/00 |
| 302 | Consensual telephone call by Michael Durso on 1/4/00 |
| 303 | Consensual telephone call by Michael Durso on 1/4/00 |
| 304 | Consensual telephone call by Michael Durso on 1/6/00 |
| 305 | Consensual telephone call by Michael Durso on 1/11/00 |
| 306 | Consensual telephone call by Michael Durso on 1/12/00 |
| 307 | Consensual telephone call by Michael Durso on 1/13/00 |
| 308 | Consensual telephone call by Michael Durso on 1/19/00 |
| 309 | Consensual telephone call by Michael Durso on 1/20/00 |
| 310 | Consensual telephone call by Michael Durso on 1/20/00 |
| 311 | Consensual telephone call by Michael Durso on 1/24/00 |
| 312 | Consensual telephone call by Michael Durso on 2/1/00 |
| 313 | Consensual telephone call by Michael Durso on 2/4/00 |
| 314 | Consensual telephone call by Michael Durso on 2/4/00 |
| 315 | Consensual telephone call by Michael Durso on |

| | |
|---|---|
| | 2/7/00 |
| 316 | Consensual telephone call by Michael Durso on 2/9/00 |
| 317 | Consensual telephone call by Michael Durso on 2/16/00 |
| 318 | Consensual telephone call by Michael Durso on 2/22/00 |
| 319 | Consensual telephone call by Michael Durso on 2/24/00 |
| 320 | Consensual telephone call by Michael Durso on 2/28/00 |
| 321 | Consensual telephone call by Michael Durso on 2/29/00 |
| 322 | Consensual telephone call by Michael Durso on 3/2/00 |
| 323 | Consensual telephone call by Michael Durso on 3/7/00 |
| 324 | Consensual telephone call by Michael Durso on 3/8/00 |
| 325 | Consensual telephone call by Michael Durso on 3/14/00 |
| 326 | Consensual telephone call by Michael Durso on 3/22/00 |
| 327 | Consensual telephone call by Michael Durso on 3/27/00 |
| 328 | Consensual telephone call by Michael Durso on 3/27/00 |
| 329 | Consensual telephone call by Michael Durso on 3/28/00 |
| 330 | Consensual telephone call by Michael Durso on 3/29/00 |
| 331 | Consensual telephone call by Michael Durso on 4/10/00 |
| 332 | Consensual telephone call by Michael Durso on 4/11/00 |

| | |
|---|---|
| 333 | Consensual telephone call by Michael Durso on 4/12/00 |
| 334 | Consensual telephone call by Michael Durso on 4/26/00 |
| 335 | Consensual telephone call by Michael Durso on 4/27/00 |
| 336 | Consensual telephone call by Michael Durso on 4/27/00 |
| 337 | Consensual telephone call by Michael Durso on 4/28/00 |
| 338 | Consensual telephone call by Michael Durso on 5/1/00 |
| 339 | Consensual telephone call by Michael Durso on 5/2/00 |
| 340 | Consensual telephone call by Michael Durso on 5/3/00 |
| 341 | Consensual telephone call by Michael Durso on 5/3/00 |
| 342 | Consensual telephone call by Michael Durso on 5/4/00 |
| 343 | Consensual telephone call by Michael Durso on 5/5/00 |
| 344 | Consensual telephone call by Michael Durso on 5/11/00 |
| 345 | Consensual telephone call by Michael Durso on 5/16/00 |
| 346 | Consensual telephone call by Michael Durso on 5/17/00 |
| 347 | Consensual telephone call by Michael Durso on 5/22/00 |
| 348 | Consensual telephone call by Michael Durso on 5/24/00 |
| 349 | Consensual telephone call by Michael Durso on 5/30/00 |
| | Consensual telephone call by Michael Durso on |

| 350 | 5/30/00 |
|---|---|
| 351 | Consensual telephone call by Michael Durso on 5/31/00 |
| 352 | Consensual telephone call by Michael Durso on 6/8/00 |
| 353 | Consensual telephone call by Michael Durso on 6/9/00 |
| 354 | Consensual telephone call by Michael Durso on 6/9/00 |
| 355 | Consensual telephone call by Michael Durso on 6/13/00 |
| 356 | Consensual telephone call by Michael Durso on 6/19/00 |
| 357 | Consensual telephone call by Michael Durso on 6/20/00 |
| 358 | Consensual telephone call by Michael Durso on 7/5/00 |
| 359 | Consensual telephone call by Michael Durso on 7/6/00 |
| 360 | Consensual telephone call by Michael Durso on 7/7/00 |
| 361 | Consensual telephone call by Michael Durso on 7/7/00 |
| 362 | Consensual telephone call by Michael Durso on 7/10/00 |
| 363 | Consensual telephone call by Michael Durso on 7/13/00 |
| 364 | Consensual telephone call by Michael Durso on 7/18/00 |
| 365 | Consensual telephone call by Michael Durso on 7/18/00 |
| 366 | Consensual telephone call by Michael Durso on 7/19/00 |
| 367 | Consensual telephone call by Michael Durso on 7/24/00 |

| | |
|---|---|
| 368 | Consensual telephone call by Michael Durso on 7/24/00 |
| 369 | Consensual telephone call by Michael Durso on 7/25/00 |
| 370 | Consensual telephone call by Michael Durso on 7/31/00 |
| 371 | Consensual telephone call by Michael Durso on 8/16/00 |
| 372 | Consensual telephone call by Michael Durso on 8/21/00 |
| 373 | Consensual telephone call by Michael Durso on 8/29/00 |
| 374 | Consensual telephone call by Michael Durso on 9/5/00 |
| 375 | Consensual telephone call by Michael Durso on 9/6/00 |
| 376 | Consensual telephone call by Michael Durso on 9/7/00 |
| 377 | Consensual telephone call by Michael Durso on 9/11/00 |
| 378 | Consensual telephone call by Michael Durso on 9/15/00 |
| 379 | Consensual telephone call by Michael Durso on 9/18/00 |
| 380 | Consensual telephone call by Michael Durso on 9/18/00 |
| 381 | Consensual telephone call by Michael Durso on 9/22/00 |
| 382 | Consensual telephone call by Michael Durso on 9/26/00 |
| 383 | Consensual telephone call by Michael Durso on 9/28/00 |
| 384 | Consensual telephone call by Michael Durso on 9/29/00 |
| | Consensual telephone call by Michael Durso on |

| | |
|---|---|
| 385 | 10/3/00 |
| 386 | Consensual telephone call by Michael Durso on 10/5/00 |
| 387 | Consensual telephone call by Michael Durso on 10/11/00 |
| 388 | Consensual telephone call by Michael Durso on 10/16/00 |
| 389 | Consensual telephone call by Michael Durso on 10/18/00 |
| 390 | Consensual telephone call by Michael Durso on 10/30/00 |
| 391 | Consensual telephone call by Michael Durso on 10/31/00 |
| 392 | Consensual telephone call by Michael Durso on 11/6/00 |
| 393 | Consensual telephone call by Michael Durso on 11/6/00 |
| 394 | Consensual telephone call by Michael Durso on 11/22/00 |
| 395 | Consensual telephone call by Michael Durso on 12/6/00 |
| 396 | Consensual telephone call by Michael Durso on 12/8/00 |
| 397 | Consensual telephone call by Michael Durso on 12/10/00 |
| 398 | Consensual telephone call by Michael Durso on 12/15/00 |
| 399 | Consensual telephone call by Michael Durso on 12/19/00 |
| 400 | Consensual telephone call by Michael Durso on 1/9/01 |
| 401 | Consensual telephone call by Michael Durso on 1/16/01 |
| 402 | Consensual telephone call by Michael Durso on 1/18/01 |

| 403 | Consensual telephone call by Michael Durso on 1/24/01 |
|---|---|
| 404 | Consensual telephone call by Michael Durso on 2/1/01 |
| 405 | Consensual telephone call by Michael Durso on 2/14/01 |
| 406 | Consensual telephone call by Michael Durso on 2/23/01 |
| 407 | Consensual telephone call by Michael Durso on 2/27/01 |
| 408 | Consensual telephone call by Michael Durso on 2/28/01 |
| 409 | Consensual telephone call by Michael Durso on 3/2/01 |
| 410 | Consensual telephone call by Michael Durso on 3/5/01 |
| 411 | Consensual telephone call by Michael Durso on 3/6/01 |
| 412 | Consensual telephone call by Michael Durso on 3/11/01 |
| 413 | Consensual telephone call by Michael Durso on 4/2/01 |
| 414 | Consensual telephone call by Michael Durso on 4/11/01 |
| 415 | Consensual telephone call by Michael Durso on 4/13/01 |
| 416 | Consensual telephone call by Michael Durso on 4/16/01 |
| 417 | Consensual telephone call by Michael Durso on 4/18/01 |
| 418 | Consensual telephone call by Michael Durso on 4/23/01 |
| 419 | Consensual telephone call by Michael Durso on 4/23/01 |
| 420 | Consensual recording by Tartaglione on 05/09/03 |

| 421 | Consensual recording by Tartaglione on 05/12/03 |
| 422 | Consensual recording by Tartaglione on 05/12/03 |
| 423 | Consensual recording by Tartaglione on 05/14/03 |
| 424 | Consensual recording by Tartaglione on 05/14/03 |
| 425 | Consensual recording by Tartaglione on 05/15/03 |
| 426 | Consensual recording by Tartaglione on 05/16/03 |
| 427 | Consensual recording by Tartaglione on 05/20/03 |
| 428 | Consensual recording by Tartaglione on 06/06/03 |
| 429 | Consensual recording by Tartaglione on 06/09/03 |
| 430 | Consensual recording by Tartaglione on 06/10/03 |
| 431 | Consensual recording by Tartaglione on 06/12/03 |
| 432 | Consensual recording by Tartaglione on 06/18/03 |
| 433 | Consensual recording by Tartaglione on 06/23/03 |
| 434 | Consensual recording by Tartaglione on 07/31/03 |
| 435 | Consensual recording by Tartaglione on 09/03/03 |
| 436 | Consensual recording by Tartaglione on 09/04/03 |
| 437 | Consensual recording by Tartaglione on 09/13/03 |
| 438 | Consensual recording by Tartaglione on 10/14/03 |
| 439 | Consensual recording by Tartaglione on 10/22/03 |
| 440 | Consensual recording by Tartaglione on 10/26/03 |
| 441 | Consensual recording by Tartaglione on 11/04/03 |
| 442 | Consensual recording by Tartaglione on 11/04/03 |
| 443 | Consensual recording by Tartaglione on 11/04/03 |
| 444 | Consensual recording by Tartaglione on 11/09/03 |
| 445 | Consensual recording by Tartaglione on 11/09/03 |
| 446 | Consensual recording by Tartaglione on 11/12/03 |
| 447 | Consensual recording by Tartaglione on 11/12/03 |
| 448 | Consensual recording by Tartaglione on 11/14/03 |
| 449 | Consensual recording by Tartaglione on 11/18/03 |

| 450 | Consensual recording by Tartaglione on 11/23/03 |
| 451 | Consensual recording by Tartaglione on 12/05/03 |
| 452 | Consensual recording by Tartaglione on 12/11/03 |
| 453 | Consensual recording by Tartaglione UNDATED |
| 454 | Consensual recording by Tartaglione on 12/14/03 |
| 455 | Consensual recording by Tartaglione on 12/21/03 |
| 456 | Consensual recording by Tartaglione on 12/21/03 |
| 457 | Consensual recording by Tartaglione on 12/21/03 |
| 458 | Consensual recording by Tartaglione on 01/13/04 |
| 459 | Consensual recording by Tartaglione on 01/13/04 |
| 460 | Consensual recording by Tartaglione on 01/13/04 |
| 461 | Consensual recording by Tartaglione on 01/14/04 |
| 462 | Consensual recording by Tartaglione on 01/14/04 |
| 463 | Consensual recording by Tartaglione on 01/18/04 |

If you have further questions or requests, please do not hesitate to contact us.

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By:    /s/
Elizabeth A. Geddes
Rachel Nash
Cristina M. Posa
Assistant U.S. Attorneys
(718) 254-6430

Enclosures

27