

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

RJN

*271 Cadman Plaza East*

*Brooklyn, New York 11201*

January 4, 2011

By ECF and U.S. Mail

John C. Meringolo, Esq.
Meringolo & Associates, P.C.
11 Evans Street
Brooklyn, New York 11201
(347) 599-0992

      Re:  United States v. Armando Rea
           Criminal Docket No. 10-767 (JBW)

Dear Mr. Meringolo:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, and in response to your email dated January 3, 2011, the government hereby furnishes the following additional discovery in the above-captioned case.  The government also renews its request for reciprocal discovery.

    Enclosed please find the following:

| Exhibit # | Description |
|---|---|
| Exhibit 481 | Consensual Recording by Tartaglione dated May 6, 2003.[1] |
| Exhibit 482 | Draft Transcript of Consensual Recording by Durso dated March 20, 2000 |
| Exhibit 483 | Draft Transcript of Consensual Recording by Durso dated June 14, 2000 |

    As the transcripts are simply drafts, the government does not consent to their use at trial until they are in final form.

---

    [1]    This recording was inadvertently omitted from the government's disclosures on November 19, 2010 and December 20, 2010.

If you have further questions or requests, please do not hesitate to contact us.

        Sincerely,

        LORETTA E. LYNCH
        United States Attorney

    By:  /s/_____
       Rachel J. Nash
       Cristina M. Posa
       Assistant U.S. Attorneys
       (718) 254-6072/6668

Enclosures